# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TOMMY CRANE,

                Petitioner,

      v.

DANIEL PARAMO,

                Respondent.

Case No. CV 18-01346-DMG (JEM)

**J U D G M E N T**

      In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  August 28, 2018

                                      _____
                                      DOLLY M. GEE
                                  UNITED STATES DISTRICT JUDGE